445 A.2d 219

Valenza v. Lawson, Appellant.

Valenza, Appellant v. Lawson.

Petition for Allowance of Appeal Denied Sept. 3, 1982.

Argued December 1, 1980. Daniel C. Barrish, for appellant (at No. 1363) and for appellee (at No. 1364); Marc D. Jonas, for appellants (at No. 1364) and for appellees (at No. 1363).

Before SPAETH, BROSKY and HOFFMAN, JJ.

Order affirmed.

445 A.2d 219

Ward et al. v. Baiersdorfer, Appellant.

Petition for Allowance of Appeal Denied Aug. 20, 1982.

Argued February 1, 1982. John D. Maida, for appellant; Parke H. Ulrich, for appellees.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The final decree of the trial court entered August 21, 1981 is affirmed.